[No. 24580.   *En Banc.*   February 9, 1934.]

THE STATE OF WASHINGTON, *on the Relation of Joseph L. O'Brien et al., Plaintiff*, v. THE SUPERIOR COURT FOR KING COUNTY *et al., Respondents.*[1]

*Edward L. Cochrane* and *J. H. Lynch*, for relators.
*James Tynan*, for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, the court adheres to the Departmental opinion heretofore filed herein, and reported in 173 Wash. 679, 24 P. (2d) 117.

[No. 24828.   Department Two.   March 19, 1934.]

FLOYD B. STERRETT, *as Receiver, Respondent*, v. WESTERN PINE MANUFACTURING COMPANY, *Appellant.*[2]

*Alex M. Winston, Roberts & Roberts*, and *Walter V. Swanson*, for appellant.
*LaBerge, Cheney & Hutcheson*, for respondent.

PER CURIAM.—This is a companion case to that of *Sterrett v. White Pine Sash Company, ante* p. 663, and upon the authority of that case, the judgment will be affirmed.

[1]Reported in 29 P. (2d) 1119.
[2]Reported in 30 P. (2d) 668.